```
 1                IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF SOUTH CAROLINA
 2                       CHARLESTON DIVISION

 3
    UNITED STATES OF AMERICA        :
 4                                  :
            vs.                     :
 5                                  :
    THOMAS LAWTON EVANS, JR.        :      2:18 CR 256
 6

 7

 8

 9             Sentencing in the above-captioned matter held

10    on Tuesday, March 5th, 2019, commencing at 11:58 a.m.,

11    before the Honorable David C. Norton, in Courtroom III,

12    United States Courthouse, 83 Meeting Street, Charleston,

13    South Carolina, 29401.

14

15

16
    APPEARANCES:
17
                    NATHAN WILLIAMS, ESQ., Office of the U.S.
18                  Attorney, P.O. Box 978, Charleston, SC,
                    appeared for the Government.
19
                    ANN B. WALSH, ESQ., Office of the Federal
20                  Public Defender, P.O. Box 876, Charleston, SC,
                    appeared for the Defense.
21

22

23

24           REPORTED BY DEBRA L. POTOCKI, RMR, RDR, CRR
                           P.O. Box 835
25                     Charleston, SC  29402
```

1          THE COURT:  Yes, sir, Mr. Williams.

2          MR. WILLIAMS:  Morning, Your Honor, may it please the

3     Court, we are here on Docket 2:18-CR-256, United States of

4     America versus Thomas Lawton Evans.

5       Your Honor, he's here with his attorney, Ms. Ann Walsh.

6     We are scheduled this morning for sentencing.  I will advise

7     the Court that I have a few brief comments to make, and I

8     believe we have two individuals who would like to speak at the

9     appropriate time.

10         THE COURT:  Sure.  It's my understanding there's no

11    objections by either side, is that correct?

12         MS. WALSH:  That's correct, Your Honor.

13         THE COURT:  Okay.  Mr. Evans pleaded guilty back on

14    September 18th and I accepted his plea at that time.  I then

15    asked the probation office to prepare a presentence report

16    which has been prepared and submitted to both counsel for the

17    Government and defendant.  As noted, everyone has had plenty

18    of time to go over the presentence report and there are no

19    objections to it.

20      Mr. Evans, did you have plenty of time to go over your

21    presentence report with your lawyer?

22         THE DEFENDANT:  Yes, sir.

23         THE COURT:  Okay.  Inasmuch as all parties have had

24    access to the report and there are no objections to it, I'll

25    ask the clerk to file the report under seal.  In the event of

1    an appeal, the clerk will make the report available to counsel

2    for appellate purposes.  Additionally, the probation officer

3    made a recommendation which will remain under seal until

4    further order of the Court.

5        In view of the fact there are no objections to the factual

6    statements contained in the presentence report, I'll adopt

7    those statements as the findings of fact for the purposes of

8    sentencing.  Having done so, it looks like it's offense level

9    43, criminal history category three, which is life

10   imprisonment, counts one to three, and counts one to three

11   supervised release of five years to life, 50,000 to $250,000

12   fine, and a $300 special assessment, and $15,000 Justice for

13   Victims of Trafficking Act assessment.  And the Government's

14   not seeking restitution.

15       Does anyone have any objection to the facts which have

16   been adopted for the purposes of sentencing or the guideline

17   ranges?

18           MR. WILLIAMS:  Not from the Government, Your Honor.

19           MS. WALSH:  No, Your Honor.

20           THE COURT:  Okay.  Mr. Williams, I'll be glad to hear

21   from you.

22           MR. WILLIAMS:  Thank you, Your Honor.  I want to say

23   first that we are requesting, and we have filed a maximum

24   sentence in this case.  We are seeking that a maximum sentence

25   both available by law and in the Court's discretion.  I

1    believe each count under the guidelines, standing alone, would

2    reach the life guideline.  And we note that the Court has in

3    its discretion the ability to run those sentences consecutive.

4    So we would ask the Court use that discretion in this case.

5    And recognize that these charges by themselves each justify a

6    life sentence.  The facts, Your Honor, that justify that

7    sentence are contained in the presentence report.

8        Essentially, Your Honor, I think the brutality of the

9    assault that occurred against Brittany Todd, who will speak

10   later today, justifies that sentence.

11       As we have set out in our plea during the plea and in our

12   filings, she had her head and face smashed against the wood

13   floor of her home multiple times.  There were significant

14   injuries as a result of that.

15       And I think perhaps most noteworthy of those first few

16   moments in that time, she was not concerned about herself, she

17   was concerned about her four-year-old daughter, who she told

18   to run.  That four year old did run to a bedroom, and that

19   bedroom was to protect her two-year-old brother.  She ran

20   upstairs, helped that two year old.  And this defendant

21   followed her up there, took her from the room and put her in

22   the trunk of a car.

23       Beyond that, Your Honor, once the four year old was put in

24   the trunk of the car, this defendant traveled across several

25   states, and in one of the states sexually assaulted the four

1    year old.

2        Your Honor, I believe those facts, without going into

3    further detail, justify a maximum sentence to punish this

4    defendant for that conduct; frankly, to protect society from

5    this defendant, who has been in prison before, and has shown

6    if he's released at any time, will continue to commit not only

7    further crimes but more aggravated crimes.

8        And finally, Your Honor, I think it has to reflect, that

9    sentence has to reflect the impact these crimes have had on

10   the Todd family, who will speak, but also the community that's

11   been affected and rallied behind the Todd family.

12       Your Honor, Brittany and Kevin are going to speak.  I am

13   not going to describe the impact this has had on them.  I

14   think they are far more capable than me of describing that,

15   and will do so for the Court.

16       I do want to briefly mention the impact this has had on

17   their families and on the community.  I think, Your Honor, if

18   you look across this courtroom, you see a group of people who

19   are here for the Todd family.  They have been inspired by

20   them.  I know that their family has traveled, some from out of

21   state, some from Alaska have flown in for this hearing.

22       There's an entire Coast Guard family here.  Can the Coast

23   Guard folks stand up?  Your Honor, that is the family that the

24   Todds have here and across the country.

25       And finally, I think without them knowing it, they have

1    inherited a law enforcement family.

2        I want to recognize Detective Mark Mellette with the

3    Charleston police department, Special Agent Ed Klimas and

4    Special Agent Jim Godsell.  I believe Special Agent Frank

5    Langdon is here from Alabama.  Those men, as well as several

6    other agents, victim advocates.  And I should mention also

7    Chief Oliver in Riverside, Alabama, they worked around the

8    clock, Your Honor, to make sure that this case was made, to

9    make sure that the evidence was gathered in the right way; did

10   that selflessly.  There was no attention in this case to

11   boundaries, to jurisdictions, to roles.

12       And I also want to recognize, I know Chief Reynolds is

13   here, the Charleston police department, Scarlett Wilson,

14   United States Attorney Sherri Lydon, and John Warrington from

15   the FBI.

16       There was never a time in this case where somebody

17   discussed jurisdiction, whose case it was, who should be doing

18   something, it was all hands on deck and it was completely

19   selfless.

20       And the reason for that, Your Honor, is again the Todd

21   family.  It was a common cause and a common purpose that I

22   think made it a case where we all can talk about sort of

23   partnerships.  I think that in this case there was no

24   partnership, it was everybody just working together without

25   any idea as to who would have the case or who would later be

1    in this courtroom.

2         Kevin is going to speak, Your Honor.  I do want to say a

3    couple things for him.  Kevin is self-deprecating, he is

4    humble, he will shy away from attention.  I don't know that

5    he'll have a lot to tell Your Honor.  But I do want to tell

6    Your Honor that when the case happened, when his wife was in

7    the hospital, when she couldn't be there, when his kids were

8    scattered across the country, having five of them, he stepped

9    up and showed that he was an anchor to his family.  And he

10   fought for them.  He won't say that; I feel like I need to say

11   that on his behalf.

12        He is a fine example -- I think you'll be able to see

13   this -- of a husband, a father, a Coast Guardsman, and more

14   importantly, an outstanding example of a member of our armed

15   forces who has gone a long way to fight for his family, and I

16   think you will see that from him today.

17        I want to talk about Brittany for a quick moment.  She has

18   shown a strength and a courage.  I think that's been an

19   inspiration to everyone in this courtroom.

20        I talked to you a moment ago about the fact that she was

21   concerned, as she was being assaulted, about her daughter.  I

22   think what is more amazing in this case is what she did

23   throughout that day.  She had two children in her house, and

24   the injuries to her were severe.  The thing that jumps out at

25   me when I think about her, is the amount of blood that was in

that house that was in different places.  And what that told
us immediately was that although she was bleeding herself,
profusely at times, she was getting her kids into a crib,
getting her two year old in front of a TV, feeding them,
making them cereal.  We saw blood, a blood trail throughout
that house that was indicative of her concern first and
foremost for her children.

So I want to say the facts of this case show her courage,
they show her bravery, they show her strength.  And what
happened after that, showed the same thing.  Throughout this
case, time and time again she has said you all do what you
need to do, don't worry about me.

And so I think that although this is a day that the
defendant's being sentenced, I would say this is really her
day.  She is the one person for whom we couldn't be here
without.  If it weren't for her strength and her courage, I
don't think we would end up with this result and end up in
this courtroom today.

And finally I want to acknowledge a four-year-old girl
that's at the heart of this case, I think you can tell where
her family gets their strength from, her father and her
mother.

I will say that for the agents in this case she was the
inspiration.  I will say that for the community, everyone sort
of rallied around her as well.  And so when I think about the

1  sense of purpose in this case and the heart of the case, it

2  certainly is that four year old.

3    With that, Your Honor, I'm going to ask that the Todds

4  speak.  I believe Kevin wants to speak first.

5        THE COURT:  Sure.

6        MR. TODD:  Thank you, Your Honor.

7    I have a deep desire to help people.  I always have.  I

8  was an Eagle Scout who volunteered in the community.  When I

9  considered going in the Navy my senior year in high school, I

10 only considered becoming a medical corpsman because I wanted

11 to help without physical violence.

12   I became a professional firefighter, EMT, emergency

13 department technician, all because I wanted to help people.  I

14 joined the United States Coast Guard over the other armed

15 forces due to their missions that are about saving lives

16 rather than taking them.  I am not a violent man, but rather

17 one of kindness and happiness.  However, this unwarranted

18 attack that happened to my family, specifically to my

19 beautiful daughter and my gorgeous wife, have brought out a

20 side of me that scares me.

21   The following months after February 2018, I had more

22 hatred than I knew existed in this world.  I had horrific

23 nightmares of evil people doing more evil things to my family.

24 In addition to those dreams, I mentally went to an evil place

25 that has been against everything I have ever strived to be.  I

1   have fantasized about doing things to Mr. Evans that would

2   make horror film directors blush.  I don't wish to kill

3   Mr. Evans, but rather imagine the tastes, smells, sounds,

4   sights, and what it would be like to bring forth pain, and the

5   pleasure I would receive from inflicting it personally until

6   his last screaming agonizing breath.  I am not a violent man,

7   but I know these are more than feelings.

8        The impact of this attack on my family shook me to the

9   core.  And I have struggled every time I look in the mirror.

10  I see someone who's daily fighting to not be consumed by

11  sadistic tortuous thoughts, anger and hatred.  This year I saw

12  myself as a monster.

13       Beyond my anger and hatred that has developed due to this

14  attack, I have had countless hours of my life stripped away

15  from me to deal with the aftermath of this assault.

16       My wife's hospital bills were a total of $361,000, and

17  there are still treatments going on.  So that number will

18  grow.  Tri-Care initially denied over $150,000, which caused

19  me to spend months of stress where I constantly e-mailed,

20  called, filled out forms, faxes, et cetera.  I have taken

21  Heidi to dozens of medical appointments surrounding her rape

22  and the surgery that was required due to the viciousness of

23  it.  I have had to take time off of work to care for our five

24  children that were not able to be cared for by their mother

25  due to her physical and mental state from her brain bleed and

1    multiple surgeries.

2        Due to the fear amongst my family associated with me being

3    deployed, I have been unable to complete my welding schools in

4    Virginia that is required for my current billet.  Not only

5    have I not been able to go to training schools, but I have had

6    to turn down opportunities to be deployed to specialty

7    assignments that would have been beneficial to my professional

8    development.

9        Normally I also have to stand duty on the Coast Guard base

10    for 24-hour shifts.  But due to Brittany and Heidi feeling

11    unsafe alone, I am under a waiver that makes my shipmates

12    stand more duty because I am not in the duty rotation.

13        Mr. Evans choosing to steal from my home, attempting to

14    murder my wife, leaving her with permanent scars and injuries,

15    raping 50 percent of the females in my home, kidnapping my

16    precious daughter while taking her states away, and being an

17    overall fucking piece of shit of a human being that has

18    impacted us permanently, despite all of that, he did not win.

19        With the help of God and my faith, my family is made of

20    the toughest grit that has ever been seen on this planet.  My

21    incredibly gorgeous, strong, independent wife has already

22    chosen to cover up the permanent scars he left from tying her

23    up, with a big fuck you of a tattoo.  She got Rosie the

24    Riveter in a nurse's cap, due to her strength as a woman and

25    passion for nursing.  Consequentially, Heidi no longer sees

the scars and talks about "the bad guy," but rather talks about how pretty Rosie is.

Brittany is working for the only Level I trauma center in the region and is moving on with her life.  Heidi loves going to school, doing ballet, and just being a precious five-year-old little girl.

I am blessed to have my faith, and continuously attempt to bring God back into my heart.  But when I am alone and quiet, that murderous rage toward Mr. Evans tries to rear its ugly head.

I am actively working on learning to forgive Mr. Evans.  I am a Christian man, and my God has clearly stated that I am supposed to forgive my enemies and those that have sinned against me, but that will be the hardest thing I have ever done in my life.  My biggest fear related to this sentencing is that if Mr. Evans were ever allowed out of prison and into this world where my family lives, my angry thoughts may become a reality.

There have been positive sides to this all.  I have been able to meet incredible people.  We have made friends in the FBI, Charleston police, District Attorney's office, SLED, Johns Island Fire.  We have been able to become involved with the National Center for Missing and Exploited Children.  Heidi and Brittany received Courage Awards from John Walsh, and Heidi got to throw the first pitch at a major league baseball

game.  We have a forever bond with Police Chief Rick Oliver, who is the hero who saved my little girl by listening to his gut.  We have the three gentlemen, Donnie, Mark and Chris from Norfolk Southern, who decided to not leave a weird feeling to someone else, but rather act and ultimately save my little girl.

I am more committed in church than I've ever been and have been volunteering again.  My relationship with my wife is stronger than it's ever been, and I now make sure to constantly keep my priorities straight in regards to spending time with my children.

Permission to speak to the defendant?  Though I am not in a place to forgive you, that is my ultimate goal, Mr. Evans.

I respectfully ask the Court to put Mr. Evans in a prison cell and never let him see the light of day ever again.  Let us not forget that after a decade of incarceration, where he was supposed to learn from his mistakes, it took him less than two weeks to possibly murder his girlfriend, break into a home armed, almost murder a mother of five, tie her up and rape her, then intentionally search for a four year old who had listened to her mother and was hiding from her, chuck her in the trunk as if she was a piece of trash, rape her, drive states away, break into another house, steal another car, running from the police officer, and ultimately driving over a hundred mile an hour attempting to evade police, endangering

1    countless drivers and officers on the road.

2        I know he is going to the Department of Corrections, but

3    clearly Mr. Evans has made it clear that he does not want to

4    be corrected.  Please give Mr. Thomas Lawton Evans, Jr. life

5    in prison.

6        Thank you, Your Honor.

7            THE COURT:  Thank you.

8        Yes, ma'am.

9            MS. TODD:  I have been asked to speak to the impact

10   this crime has had on me and my family.  The choices that

11   Thomas made against my family will forever impact all of us.

12   Nothing in my life runs the same way that it did before

13   February 13th.

14       My husband served our country in the Coast Guard.  We have

15   chosen to make our family's identity that of an active duty

16   military family.  What is included with that are long work

17   hours, deployments, out-of-state training classes and

18   countless cross-country moves.  We had our last permanent

19   change of station to Charleston in August of 2017, just two

20   weeks before our kids started a new school again, and five

21   weeks before our daughter was born.

22       Because this crime happened to us shortly after moving

23   here, it has been the focus point of this duty station.  When

24   we originally got our orders to Charleston, we were so

25   excited.  We had spent the last five years on islands in

Alaska and Puerto Rico.  Charleston felt like it was going to be a new beginning with new opportunities, hope, and a positive change to the hard world living we had been doing.

For us, Charleston meant good schools, entertainment, a great chance for spiritual growth, and a chance for mine and my husband's career to move forward.

This crime has caused me and my children to be fearful of this house, big cities, not living on a military base and larger communities.  It causes me to be fearful for my family's safety and for the future.  It has left me confused about my identity as a person, and sadness for the physical, emotional and relational losses that our family has experienced since February.

I spent this entire year working through fears that were a direct result of this crime, instead of establishing our new home, making friends and getting a job.

When we moved here, we purchased a home.  It is the first home that I have ever owned.  It's the first time in six years that we haven't lived on a military base.  That home was made scary to our family.  We have questioned this home purchase.  What started out as an exciting milestone, especially for a military family, turned into such a fearful burden for us.

Because of my fear, my husband has still not been able to return to working overnight duty shifts, has not been able to complete the welding schools in Virginia that are required for

his job, and he had to get his orders changed so that he wouldn't be deployed in the near future.  All of these are necessary requirements of a military member.  It is crucial that my Coast Guardsman can be able to go serve our country with the peace in knowing that his family is safe and secure.

Thomas, when you broke into our house, my husband had just left for training out of state two days earlier.  I had spent weeks getting everything prepared so he could go where the Coast Guard needed him, without fear for his family's safety. I and my children are still unable to feel secure with our family's safety for Kevin to be able to return to school, and I am a unsure where this will lead us in the future.

I have struggled with my identity as a wife, mother, nurse and a Coast Guard spouse.  My physical injuries were critical enough that I was unable to care for my own children for four months.  I missed milestones for my baby that I will never get back.  I lost my confidence as a nurse.  I have questioned my ability to care for patients and be able to critically think through how to safely care for them.

Physically, I will carry surgical scars and ligature scars from this attack for the rest of my life.  I will always remember the feeling of my skull hitting the hardwood floor, the feeling of a knife being held up to my jugular vein, how it felt to be brutally tied up to the point of losing circulation in my hands.  And when I went from being

cognitively aware of the attack and trying to protect my
children, to when my mind went dark.

What I won't remember is I laid in bed bleeding all over
the mattress, enough that it had to be thrown out.  You took
off your clothes and violated me.  You walked out my front
door with my daughter.  What did my baby eat all day?  I am
completely unaware if I tried to feed her or if she went
starving all day.

What did Henry do all day?  How hungry and scared he had
to have been that day.  As a mother, I always know where my
kids are, who they're with and what they're doing.  But that
day my sweet daughter was lying in the trunk of a car, also
scared and hungry.

You beat my skull to the point of brain bleeding.  I was
unable to care for my children.  I sat in our house all day
after the attack with my two year old and five month old,
unable to tend to their needs.  I couldn't walk, recall or
process information, eat or swallow.  I struggled to maintain
an open airway related to the swelling.  I had multiple facial
and jaw fractures, a Lefort 2 fracture, which is where the
bridge of the nose and upper jaw is free-floating from the
rest of your skull, and orbital fractures, that if they would
have been left unrepaired surgically, my eyes would have
fallen into my cheeks related to the bones holding my eyes in
place were crushed.

1      I spent a week in the surgical trauma I.C.U. because of

2   these injuries.  I had three surgeries total, with six metal

3   plates along my face to fix these fractures.  I was on a soft

4   food diet for six weeks, and still continue to have

5   significant numbness along my face and jaw.

6      My right eye socket was repaired two weeks later because

7   they couldn't safely perform the surgery until the facial

8   swelling had decreased.  My left eye socket was repaired two

9   months later when the fractures didn't heal correctly.

10      My eyes still hurt daily.  They're dry and sensitive to

11   light.  I have had multiple procedures to help with

12   sensitivity, and I still can't wear my contacts.  My eyes

13   continue to impair my ability to drive safely and to work.

14      Heidi's physical injuries also required surgical repair.

15   Because she was sexually assaulted, she required repair of her

16   vaginal tear.  It was described to us as a fourth degree

17   vaginal tear, which extends through the anal sphincter and

18   into the membrane that lines the rectum.  She had difficulties

19   going to the bathroom, was unable to ride her bike, and

20   suffered from fecal incontinence for several weeks after

21   surgery.  She had to endure HIV testing and prophylactic drugs

22   to fight off the possibility of HIV and Hep-C.

23      She has had to miss school for continued blood tests, and

24   also unable to attend any pre-K prep as a result of it, and is

25   now behind in kindergarten because of it.

1    This attack has affected every single relationship that I

2    have.  There's a new normal for me.  And I've even lost

3    relationships because of it.  It has caused my children to

4    have struggles that they shouldn't have to worry about.

5    Heidi has struggled with her own set of fears that a four

6    year old getting ready to start kindergarten should never have

7    to worry about.  She has had to battle with and overcome fear

8    of going to the doctor to get another vaginal exam, fear of

9    being alone, fear of riding in a car, fear of taking a shower,

10   fear of her daddy leaving and not being safe without him home.

11   And fear that she believed Henry and her had watched me be

12   killed.

13   Sara is just old enough to be more aware of her peers, so

14   she was afraid to go back to school because she didn't know

15   what everyone would think of her or what they would talk

16   about.

17   Silas is more verbally attached than he used to be, and he

18   is very concerned about security.  They both fought with

19   missed school and make-up work, and had to go back to school

20   after your sister was taken from your home and it was

21   displayed all over the news.

22   They both verbalized that they were very fearful that I

23   was dead.  Henry had to witness the entire attack and watch

24   his sister be taken from our home.  At only two years old, he

25   has witnessed things that I would never wanted him to see.

1    Alice is was completely breastfed at the time of this

2    crime.  Because I was in the I.C.U., my milk supply dropped to

3    almost gone and we had to rely on donor milk for her.  I spent

4    the rest of her first year worried about how to provide milk

5    for her to eat.  She went from having a mommy available all

6    the time for her to, at five months old, I was just gone.  She

7    was not enable to visit the hospital due to infection risks.

8    And even when I got out of the hospital, I was physically

9    unable to hold her and mentally unavailable for her and the

10    other kids.

11    Kevin has had countless work struggles to navigate.  How

12    do you talk -- also, how do you talk to your kids about their

13    sister being missing and their mom almost being murdered?

14    Since this horrific assault on our family occurred, we

15    have had to lean into our faith to find the strength to

16    recover both as individuals and as a family.  Although our

17    bodies were violently impacted in a way that took the tedious

18    work of countless skilled medical professionals to recover,

19    our hearts and minds have only been able to find peace in the

20    presence of God.

21    In reading his word, I was reminded of a passage in

22    Genesis where a young man named Joseph was physically

23    attacked, thrown into a dirt pit and left for dead, for no

24    fault of his own.  Rather, it was the jealousy of his

25    attackers that caused his peril.  It took Joseph many years to

recover from that tragic day, but he was eventually able to face his attackers in the court of the king.  On that day, when he faced them, he said to him -- and, Thomas, I want to say to you now -- "You planned evil against me, but God planned it for good in order to save many people."

I truly believe that God has chosen to not only spare my life, but your life as well.  God promises that he has many plans for both of us, plans to take care of you, plans to not abandon you, and to give you hope for the future.

I will never get back what I lost, but I am choosing to live now.  I believe that this Court will help protect future innocent women and children from the same fate that we suffered.  I trust that the courts will decide his fate and that he will experience the full consequences of his actions against both God and humanity.  But I also believe that God is sovereign and just, as well as our redeemer and healer.

My prayer for you, Thomas, is that through all of this, you will be able to seek purpose and hope, that you will be able to feel the fullness and immensity of God's love for you, Thomas Lawton Evans, that you will be able to release yourself from the crimes that you committed against me, just as I have chosen to do for you.

Thank you.

THE COURT:  Thank you.

MR. WILLIAMS:  Your Honor, we don't have anything

1    further.

2            THE COURT:  Ms. Walsh?

3            MS. WALSH:  Judge, Mr. Evans has instructed me to say

4    on his behalf that he is stunned and overwhelmed by the

5    comments of these victims.  He is speechless.  And I don't

6    think there are any words that he can bring to this courtroom

7    today that would cause them any relief or -- make them feel

8    any better, I guess is the way I can only say that.  And that

9    he is overwhelmed by their comments.  And there may be some

10   time in the future that he may be able to express himself, but

11   I don't think he can do it today.  And that would be all we

12   have to say.

13           THE COURT:  Okay.  Mr. Evans, you have a right to say

14   anything you'd like with regard to your sentence.  If you'd

15   like to say anything, I'd be glad to hear from you, but I

16   understand you don't want to say anything, is that correct?

17           THE DEFENDANT:  Yes, sir.

18           THE COURT:  Anything else from the Government?

19           MR. WILLIAMS:  No, Your Honor, thank you.

20           THE COURT:  Okay.  I want to thank Mr. and Mrs. Todd

21   for what they said here today.

22       Not many people know, but I was a Coast Guard brat.  We

23   moved five times before I was eight years old, so I know the

24   extraordinary talents that Coast Guard wives and spouses have,

25   because they have to deal with the children while their

1    husbands away, and my mother did that too, I've been there.

2         So the sentence that I'm going to give is going to reflect

3    18 United States Code 3553(a).  The first thing we have to

4    consider is the nature and circumstances of the offense.  I've

5    been doing this for 29 years, and this is the single worst

6    offense that I've seen.  It was random, it was brutal, it was

7    a senseless act of a man without a conscience and with no

8    empathy for anyone, who terrorized a family and a

9    four-year-old girl.

10        The history and the characteristics of the defendant.

11   He's got criminal history category of three.  Two weeks after

12   he got out of jail after serving eight years, he does this.

13   And while he was in jail he had 11 major disciplinary hearings

14   while he was in state prison.

15        The sentence, again, is going to reflect the seriousness

16   of the offense, it's going to promote respect for the law,

17   because obviously Mr. Evans doesn't have any, nor, I don't

18   think, will he ever have any.

19        This will provide just punishment for the offense, it will

20   afford adequate deterrence to his criminal conduct, and to

21   protect the public from further crimes.  And the only way to

22   do that is to make sure that he is never ever released from

23   prison.

24        So having calculated and considered the advisory

25   Sentencing Guidelines and the relevant statutory factors

1    contained in 18 United States Code 3553(a), it is the judgment

2    of the Court the defendant, Thomas Lawton Evans, is hereby

3    committed to the custody of the Bureau of Prisons to be

4    imprisoned for a term of life.  Said terms consist of life as

5    to each counts one, two and three, to run consecutively.

6        I recommend sex offender treatment program while

7    incarcerated.  No fine.  Three hundred dollar special

8    assessment, and $15,000 JVTA, both due immediately.

9        Upon release from imprisonment, which is not going to

10   happen, shall be placed on supervised release for a term of

11   life, which is life, counts one, two and three concurrent.

12       While on supervised release, the mandatory standard

13   conditions of supervision, the following special conditions.

14   Shall participate in a program of testing for substance abuse.

15   Shall participate in a program of mental health counseling or

16   treatment deemed necessary.  Shall participate in computer

17   internet monitoring program.  Shall participate in sex

18   offender treatment program.  Shall contribute to the cost of

19   any treatment, drug testing or location monitoring.  Shall not

20   possess, procure purchase or otherwise obtain access to any

21   form of computer network, bulletin board, internet or exchange

22   format.  Shall have no unsupervised contact with children

23   under the age of 18.  Shall comply with any sex registration

24   laws.  Shall not possess any audio or visual depictions

25   containing sexually explicit conduct.  Shall not frequent

1    adult book stores, sex shops, topless bars or locations with

2    sexual stimulus.  Shall submit to random polygraphs for

3    treatment purposes, as well as compliance with standard

4    conditions of supervision, to be conducted by a person deemed

5    appropriate by the probation office, as a treatment tool.

6         Shall pay any remaining JVTA in the amount of $15,000 at a

7    rate of no less than $50 per month.  Payment shall be made to

8    Clerk, United States District Court, District of South

9    Carolina, P.O. Box 835, Charleston.  Interest is waived.

10         The Court has duly considered the defendant's positions on

11    sentencing and believes the defendant's Sentencing Guidelines

12    have been correctly calculated.  However, even if the sentence

13    guidelines were erroneously calculated, I would impose the

14    same sentences by way of upward variances and would have

15    imposed them consecutively as I have done today.

16         In my view, the sentences imposed today are necessary to

17    fulfill the purposes of sentencing set out in 18 United States

18    Code 3553(a), especially considering the horrific and

19    predatory circumstances of the offense, a violent attack on a

20    young mother at her home, and the abduction and violent sexual

21    assault of her four-year-old child.

22         The court finds consecutive life terms are necessary to

23    reflect the seriousness of his crimes, and provide just

24    punishment for them, to provide respect for the law and to

25    serve as a deterrent.  And most importantly, to protect the

1   public from future crimes by the defendant.

2       I'm imposing consecutive sentences today to ensure the

3   defendant, in fact, spends the entire remainder of his natural

4   life confined, where he will be unable to harm anyone.

5       I recommend he serve his sentence at the super max prison

6   in Colorado, which is the only appropriate institution for

7   this soulless sorry excuse for a human being.

8       Does anyone have any objection to the form of that

9   sentence?

10          MR. WILLIAMS:  No, Your Honor.  Thank you.

11          THE COURT:  We're not dismissing any charges.  Okay.

12  You've got 14 days from today to appeal from this sentence.

13  If you can't afford a lawyer, I'll appoint Ms. Walsh to

14  represent you.

15      Get him out of here.

16

17      (Court adjourned at 12:33 p.m.)

18

19

20

21

22

23

24

25

<u>REPORTER'S CERTIFICATION</u>

I, Debra L. Potocki, RMR, RDR, CRR, Official Court Reporter for the United States District Court for the District of South Carolina, hereby certify that the foregoing is a true and correct transcript of the stenographically recorded above proceedings.

S/Debra L. Potocki

—————————————————————————————

Debra L. Potocki, RMR, RDR, CRR